**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LANCE WAGNER, ) | |
| ) | CIVIL ACTION NO.: _____ |
| Plaintiff ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| MANHEIM TOWNSHIP SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant ) | |
| ) | |

## COMPLAINT

Plaintiff, LANCE WAGNER, a resident of Lancaster County, Pennsylvania, by and through his attorneys, brings this civil action for damages against the above named Defendant, MANHEIM TOWNSHIP SCHOOL DISTRICT, demands a trial by jury, and complains and alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of the claims set forth in this Complaint is proper in this judicial district pursuant to 28 U.S.C. §1331 and 29 U.S.C. §626.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in this judicial district.

### THE PARTIES

3. Plaintiff, Lance Wagner ("Wagner"), is a male adult individual residing at 344 Longmeadow Road, Lancaster, Lancaster County, Pennsylvania 17601.

4.      Defendant, Manheim Township School District ("MTSD"), is a public school district with a business address of 450A Candlewyck Road, Lancaster, Lancaster County, Pennsylvania 17601.

5.      At all times relevant and material hereto, MTSD employed in excess of 20 people.

## ADMINISTRATIVE PROCEEDINGS

6.      On or about January 26, 2026, Wagner filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), which was docketed as Charge Number 530-2026-03142, and which was cross filed with the Pennsylvania Human Relations Commission.

7.      All necessary and appropriate administrative prerequisites to this action have occurred.[1]

## STATEMENT OF FACTS

8.      Wagner worked for MTSD in the role of Freshman Head Girls Basketball Coach for two years, following ten years as the Varsity Girls Basketball Coach, and always performed his job at a high level.

9.   Nonetheless, Wagner was advised by the Head Coach, Devonne Pinkard, in or about July 2025 that his assignment would not be continued because MTSD preferred to move forward with someone younger.

10.     Mr. Pinkard assured Wagner, in writing, that the decision to remove Wagner from the program as not about anything that Wagner had done wrong.

---

[1] Plaintiff reserves the right to amend his Complaint to add claims under the Pennsylvania Human Relations Act on or after January 26, 2027, when those claims have been filed in the Pennsylvania Human Relations Commission for one year, as required by statute.

11.     In fact, Wagner had been advised by the Athletic Director that Wagner was one of a very few number of coaches that he had never heard or received any complaints about.

12.     Subsequently, Wagner was, in fact, replaced with a much younger and less experienced individual.

13.     At the time of his termination, Wagner was fifty-eight (58) years old, and his replacement was at least fifteen (15) years younger.

14.     Wagner was not notified of his termination until in or about July 2025, when it was too late to find another coaching opportunity for the upcoming school year.

15.     Wagner was terminated by MTSD only because of his age, in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §621 *et. seq.* (the "ADEA").

**COUNT I**
**VIOLATIONS OF THE AGE DISCRIMINATION**
**IN EMPLOYMENT ACT OF 1967, as amended, 29 U.S.C. §621 et. seq.**

16.     The averments in all prior paragraphs are incorporated by reference as though fully set forth herein.

17.     MTSD discriminated against Wagner due to his age, in violation of the ADEA by terminating him based upon his age.

18.     As a consequence of the MTSD's actions and failures to act, Wagner was subjected to emotional distress, humiliation, ridicule and a negative effect on his work product and ability to fully and effectively perform his job duties and responsibilities, all of which manifested itself in mental and physical distress, injury and damage.

19.     As a result of the hostile environment, Wagner has suffered economic loss, emotional distress, a loss of self-respect and confidence, and has been subjected to great damage to his career and professional standing.

3

20.     The actions of MTSD set forth above constitute willful violations of Wagner's federal civil rights under the ADEA.

WHEREFORE, Plaintiff Lance Wagner respectfully requests this Honorable Court to enter judgment in his favor and against Manheim Township School District, together with compensatory damages, including back pay and front pay, liquidated damages, reasonable attorneys' fees and costs, and any such other relief as this Honorable Court deems just and appropriate, which total amount does not   exceed the jurisdictional limits for mandatory arbitration referral.

<u>**DEMAND FOR JURY**</u>

Pursuant to Federal Rule of Civil Procedure 38(b) and otherwise, Plaintiff respectfully demands a trial by jury.

Respectfully submitted,

**Weisberg Cummings, P.C.**

<u>August 11, 2026</u>          */s/ Larry A. Weisberg*
Date                                 Larry A. Weisberg
                                     PA Bar I.D. #: PA83410
                                     lweisberg@weisbergcummings.com

                                     2704 Commerce Drive, Suite B
                                     Harrisburg, PA 17110
                                     (717) 238-5707
                                     (717) 233-8133 (FAX)

                                     Attorney for Plaintiff

4